1  DAVID A. ROSENFELD, Bar No. 058163
   CAREN SENCER, Bar No. 233488
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway
   Alameda, California 94501
4  Telephone (510) 337-1001
   Fax (510) 337-1023
5

6  Attorneys for Petitioner

7

8

9              UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12

13 GENERAL TEAMSTERS UNION LOCAL NO.      )   No. 2:05-CV-01789-MCE-KJM
   439,                                   )
14                                         )
                                           )
15           Petitioner,                   )
                                           )   **STIPULATION AND ORDER**
16      v.                                 )   **FOR DISMISSAL**
                                           )
17 MARTIN-BROWER COMPANY,                  )
                                           )
18           Respondent.                   )
                                           )

19

20      IT IS HEREBY STIPULATED by and between the parties, through their respective

21 counsel, that the above-entitled may be dismissed with prejudice.   Each sides shall bear its own

22 costs and fees.

23 ///

24 ///

25 ///

26

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Pkwy.,
Suite 200
Alameda, CA  94503

1 | Dated: November 18, 2005

2 | WEINBERG, ROGER & ROSENFELD
3 | A Professional Corporation

4 | By:  //S//
5 | DAVID A. ROSENFELD
  | Attorneys for Petitioner
6 | Teamsters Local 439

7 | Dated: November 18, 2005

9 | By:  //S//
  | J. KEVIN HENNESSY
  | Attorneys for Respondent
10 | Martin-Brower Company

12 | **ORDER**

13 | IT IS SO ORDERED.

14 | Dated: November 29, 2005

  | _____
16 | MORRISON C. ENGLAND, JR
  | UNITED STATES DISTRICT JUDGE